# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**KEENON RAYNARD PERRIMAN**                                                      **PETITIONER**
Reg #10600-028

VS.                      CASE NO.: 2:13CV00174 JLH/BD

**ANTHONY HAYNES, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                            **RESPONDENT**

## ORDER

Keenon Raynard Perriman filed a pro se petition for a writ of habeas corpus (docket entry #1) under 28 U.S.C. § 2241, and has now paid the $5.00 filing fee. (#3)

The Clerk is instructed to serve a copy of Mr. Perriman's petition and a copy of this Order on Respondent and the United States Attorney by regular mail.

Respondent must file an answer, motion, or other responsive pleading to the petition within twenty (20) days after service of this petition.

DATED this 16th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE