# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KEENON RAYNARD PERRIMAN**                                                          **PETITIONER**
**Reg #10600-028**

VS.                          CASE NO.: 2:13CV00174 BD

**ANTHONY HAYNES, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                           **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Anthony Haynes. Keenon Perriman's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 9th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE